# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 19-50431
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
February 28, 2020

Lyle W. Cayce
Clerk

VICKI TAYLOR,

> Plaintiff - Appellant

v.

ROBINSON INDEPENDENT SCHOOL DISTRICT; ANNE-MARIE ZELLERS,

> Defendants - Appellees

Appeal from the United States District Court
For the Western District of Texas
USDC No. 6:18-CV-204

Before HIGGINBOTHAM, HO, and ENGELHARDT, Circuit Judges.

PER CURIAM:*

> We affirm for essentially the reasons stated by the magistrate judge and adopted by the district court judge.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.